KEITH C. OWENS (CA Bar No. 184841) (*Admitted Pro Hac Vice*)
    kowens@venable.com
JENNIFER L. NASSIRI (CA Bar No. 209796) (*Admitted Pro Hac Vice*)
    jnassiri@venable.com
**VENABLE LLP**
2049 Century Park East, Suite 2100           *Filed Electronically on 1/9/2015*
Los Angeles, CA  90067
Telephone:    (310) 229-9900
Facsimile:    (310) 229-9901

-and-

LOUIS M. BUBALA III (NV Bar No. 8974)
    lbubala@kcnvlaw.com
**KAEMPFER CROWELL**
50 W. Liberty Street, Suite 900
Reno, NV 89501
Telephone:    (775) 852-3900
Facsimile:    (775) 327-2011

Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Trustee, for the registered holders of Greenwich Capital Commercial Funding Corp., Commercial Mortgage Trust 2005-GG3, Commercial Mortgage Pass Through Certificates, Series 2005-GG3, by and through, CWCapital Asset Management LLC, solely in its capacity as Special Servicer

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE VILLAGE AT LAKERIDGE, LLC aka MAGNOLIA VILLAGE, LLC,<br><br>          Debtor. | Case No. 11-51994-BTB<br>Chapter 11<br><br>**STIPULATION FURTHER CONTINUING HEARINGS ON:**<br>**(1) U.S. BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO FORECLOSE ON DEBTOR'S PROPERTY; AND**<br>**(2) MOTION FOR AUTHORITY TO USE CASH COLLATERAL**<br><br><u>Current Hearing Date</u><br>Date:        January 28, 2015<br><br><u>New Hearing Date</u><br>Date:        May 5, 2015<br>Time:        2:00 p.m.<br>Place:       Courtroom 2 |

8959482-v1

1    This Stipulation is entered into by and between The Village at Lakeridge, LLC (the

2    "Debtor"), and U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of

3    America N.A., as successor by merger to LaSalle Bank National Association, as Trustee (the

4    "Trustee"), for the registered holders of Greenwich Capital Commercial Funding Corp.,

5    Commercial Mortgage Trust 2005-GG3, Commercial Mortgage Pass Through Certificates, Series

6    2005-GG3 (the "Trust"), by and through CWCapital Asset Management LLC, solely in its

7    capacity as Special Servicer ("CWCAM") (collectively referred to herein as "U.S. Bank"), by and

8    through their respective counsel of record, hereby stipulate and agree as follows:

9    1.    Subject to Court approval, the hearings on the Debtor's Motion to Use Cash

10    Collateral (the "Cash Collateral Motion") filed on July 18, 2011 [Docket No. 17], and U.S.

11    Bank's Motion for Relief from Stay (the "Relief from Stay Motion") filed on August 11, 2011

12    [Docket No. 26] (collectively, the "Motions"), currently set for hearing January 28, 2015 at 2:00

13    p.m., shall be continued to **May 5, 2015 at 2:00 p.m.,** or such other date as is convenient for the

14    Court (the "Continued Hearing Date").

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

2.      Nothing contained herein shall preclude either party from (a) filing a motion to advance the hearing on the Motions to a date earlier that the Continued Hearing Date in the event that the Ninth Circuit issues its ruling prior to the Continued Hearing Date, or (b) requesting that the Court further continue the hearings on the Motions in the event that the Ninth Circuit has not issued its ruling prior to the Continued Hearing Date.

Dated: January 9, 2015          **VENABLE LLP**

By:   /s/ Keith C. Owens
                Keith C. Owens
Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Trustee, for the registered holders of Greenwich Capital Commercial Funding Corp., Commercial Mortgage Trust 2005-GG3, Commercial Mortgage Pass Through Certificates, Series 2005-GG3, by and through, CWCapital Asset Management LLC, solely in its capacity as Special Servicer

Dated:  January 9, 2015          **LAW OFFICES OF ALAN R. SMITH**

By:             /s/ Holly E. Estes
                Holly E. Estes
Attorneys for Debtor

8959482-v1                                    3

1

2

<u>**CERTIFICATE OF SERVICE**</u>

3

On January 9, 2015, I served the following document(s):

4

**STIPULATION FURTHER CONTINUING HEARINGS ON:**

5

   **(1) U.S. BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO FORECLOSE ON DEBTOR'S PROPERTY; AND**

6

   **(2) MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

7

I served the above-named document(s) by the following means to the persons as listed below:

8

9

   ■ a.   **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

10

11

- LOUIS M. BUBALA    lbubala@kcnvlaw.com, bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

12

- JANET L. CHUBB    lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

13

- GREGORY A. CROSS    gacross@venable.com
- JENNIFER L. NASSIRI    jnassiri@venable.com

14

- KEITH C. OWENS    kowens@venable.com
- HAMID R. RAFATJOO    hrafatjoo@venable.com, jnassiri@venable.com;kfox2@venable.com;bclark@venable.com

15

16

- ALAN R SMITH    mail@asmithlaw.com
- U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov

17

   □ b.   **United States mail, postage fully prepaid** (list persons and addresses):

18

   □ c.   **Personal Service** (list persons and addresses)

19

       I personally delivered the document(s) to the persons at these addresses:

20

   □ d.   **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

21

22

   □ e.   **By fax transmission** (list persons and fax numbers):

23

   □ f.   **By messenger**:

24

I declare under penalty of perjury that the foregoing is true and correct.

25

DATED this 9th day of January, 2015.

26

27

   ___Bambi Clark_____       /s/ Bambi Clark_____

        Name                        Signature

28

8959482-v1

4