# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

ELECTRONICALLY FILED 8/12/15

| | |
|---|---|
| In re: [CASE NAME]<br>Village at Lakeridge LLC | Case No.　　　11-51994<br><br>**CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(GENERAL BUSINESS CASE)** |

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED:　Jul-15　　　　　　PETITION DATE:　06/16/11

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in ___$1___

| 2. Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $ 1,043,177 | $ 1,038,744 | |
| b. Total Assets | $ 18,887,313 | $ 18,935,486 | |
| c. Current Liabilities | $ 163,729 | $ 127,054 | |
| d. Total Liabilities | $ 16,179,520 | $ 16,142,845 | |

| 3. Statement of Cash Receipts & Disbursements for Month | Current Month | End of Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $ 166,446 | $ 113,704 | $ 6,629,433 |
| b. Total Disbursements | $ 160,280 | $ 91,897 | $ 6,625,142 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $ 6,166 | $ 21,807 | $ 4,291 |
| d. Cash Balance Beginning of Month | $ 444,546 | $ 422,739 | $ 446,421 |
| e. Cash Balance End of Month (c + d) | $ 450,712 | $ 444,546 | $ 450,712 |

| | Current Month | End of Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | $ (389,265) | $ (274,335) | $ (2,509,553) |
| 5. Account Receivables (Pre and Post Petition) | $750 | $978 | |
| 6. Post-Petition Liabilities | $61,786 | $68,514 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | | |
| 13. | Are a plan and disclosure statement on file? | | |
| 14. | Was there any post-petition borrowing during this reporting period? | | |

15. Check if paid: Post-petition taxes ___;　　U.S. Trustee Quarterly Fees ___;　Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:　8/7/15

_____
Responsible Individual

Revised 1/1/98

**The Village at Lakeridge, LLC**
**BALANCE SHEET**
**July 31, 2015**

### ASSETS

**CURRENT ASSETS**

| | | |
|---|---|---:|
| Cash and equivalents | $ | 450,712 |
| Accounts receivable | | 750 |
| Loan holdback | | 479,699 |
| Loan fees, net | | 46,943 |
| Leasing commissions, net | | - |
| Funded reserve | | 65,073 |
| **Total Current Assets** | | 1,043,177 |

| | | |
|---|---|---:|
| **PROPERTY AND EQUIPMENT, net** | | 17,844,136 |
| **Total Assets** | $ | 18,887,313 |

### LIABILITIES AND PARTNERS' CAPITAL

**CURRENT LIABILITIES**

| | | |
|---|---|---:|
| Accounts payable and accrued liabilities | $ | 61,786 |
| Deferred revenue | | 75,670 |
| Due to MBP | | 1,762 |
| Security deposits / escrow | | 24,511 |
| **Total Current Liabilities** | | 163,729 |

| | | |
|---|---|---:|
| **NOTES PAYABLE** | | 16,015,791 |
| **Total Liabilities** | | 16,179,520 |
| **PARTNERS' CAPITAL** | | 2,707,793 |
| **TOTAL LIABILITIES AND PARTNERS' CAPITAL** | $ | 18,887,313 |

Restricted for Management use Only

**The Village at Lakeridge, LLC**
**STATEMENT OF OPERATIONS**
For the seven months ended July 31, 2015
and the period of June 17, 2011 to December 31, 2014

| | 2015 | 2014 | 2013 | 2012 | 2011 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Rental income | $ 812,206 | $ 1,460,680 | $ 1,482,176 | $ 1,596,025 | $ 779,553 |
| CAM income | 22,745 | 48,002 | 22,202 | 21,094 | 29,930 |
| Parking | 8,175 | 11,850 | 12,300 | 11,475 | 7,225 |
| Storage | 4,634 | 8,544 | 12,444 | 15,144 | 8,056 |
| Other income | 409 | 1,350 | (1,664) | - | 3,218 |
| Total Revenue | 848,169 | 1,530,426 | 1,527,458 | 1,643,738 | 827,982 |
| **Operating and Administrative Expense** | | | | | |
| Depreciation and amortization | 380,400 | 656,014 | 655,811 | 686,953 | 391,644 |
| Fire protection | 3,383 | 8,387 | 10,065 | 5,866 | 2,114 |
| Grounds maintenance | 88,509 | 148,513 | 106,855 | 70,477 | 38,178 |
| Insurance Expense | 10,771 | 16,151 | 21,721 | 12,362 | 7,914 |
| Janitorial | - | - | 79,200 | 72,273 | 44,738 |
| Landscaping & seasonal décor | 25,539 | 29,783 | 25,315 | 28,560 | 18,342 |
| Legal and accounting | 16,758 | 24,415 | 23,943 | 69,417 | 77,367 |
| Management fees | 71,296 | 77,597 | 106,680 | 77,144 | 58,193 |
| Office and miscellaneous expense | 59,862 | 91,792 | 39,822 | 39,930 | 3,784 |
| Security | 8,115 | 14,470 | 11,060 | 10,699 | 5,573 |
| Taxes and licenses | 73,413 | 147,233 | 146,292 | 73,211 | - |
| Utilities | 79,543 | 153,593 | 161,806 | 160,210 | 94,133 |
| Total Operating Expense | 817,589 | 1,367,948 | 1,388,570 | 1,307,102 | 741,980 |
| **Net Operating Income** | 30,580 | 162,478 | 138,888 | 336,636 | 86,002 |
| **Other Income (Expense)** | | | | | |
| Interest income | 155 | 232 | 123 | 171 | 185 |
| Interest expense | (420,000) | (764,000) | (886,366) | (982,274) | (212,363) |
| | (419,845) | (763,768) | (886,243) | (982,103) | (212,178) |
| **Net Loss** | $ (389,265) | $ (601,290) | $ (747,355) | $ (645,467) | $ (126,176) |

Restricted for Management Use Only

| Database: | ALLIANCECOMM | | | | | | | | | | Page: | 1 | |
| Bldg Status: | Active only | | | | | | | | | | Date: | 8/4/2015 | |
| | | | | | | | | | | | Time: | 12:24 PM | |

**Rent Roll**
**Village at Lakeridge**
**7/31/2015**

| Bldg Id-Suit Id | Occupant Name | Rent Start | Expiration | GLA Sqft | Monthly Base Rent | Annual Rate PSF | Monthly Cost Recovery | Expense Stop | Monthly Other Income | Cat | Date | Monthly Amount | PSF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Occupied Suites** | | | | | | | | | | | | | |
| 690 -A-100 | Goldilocks | 4/1/2013 | 3/31/2018 | 1,594 | 2,550.40 | 19.20 | | | | BRT | 4/1/2016 | 2,630.10 | 19.80 |
| | | | | | | | | | | BRT | 4/1/2017 | 2,709.80 | 20.40 |
| 690 -A-300 | GDPS and Assoc. dba Prudential | 2/1/2012 | 12/31/2019 | 4,280 | 9,162.00 | 25.69 | 94.00 | | | BRT | 1/1/2016 | 9,416.50 | 26.40 |
| | | | | | | | | | | BRT | 1/1/2017 | 9,925.50 | 27.83 |
| | | | | | | | | | | BRT | 1/1/2018 | 10,180.00 | 28.54 |
| | | | | | | | | | | BRT | 1/1/2019 | 10,434.50 | 29.26 |
| | Additional Space 690 -A-200 | 2/1/2012 | 12/31/2014 | 810 | | | | | | | | | |
| | | | Total | 5,090 | 9,162.00 | | 94.00 | | 0.00 | | | | |
| 690 -A-700 | MaZa Salon & Spa | 7/7/2002 | 7/31/2015 | 2,314 | 4,280.90 | 22.20 | 1,000.00 | | | | | | |
| 690 -B-100 | Starbucks Coffee #6665 | 7/20/2003 | 7/31/2018 | 1,600 | 6,208.00 | 46.56 | 596.00 | | | BRT | 8/1/2018 | 7,376.00 | 55.32 |
| | | | | | | | | | | BRT | 8/1/2021 | 8,032.00 | 60.24 |
| | | | | | | | | | | BRT | 8/1/2024 | 8,752.00 | 65.64 |
| | | | | | | | | | | BRT | 8/1/2027 | 9,536.00 | 71.52 |
| | | | | | | | | | | BRT | 8/1/2030 | 10,400.00 | 78.00 |
| 690 -B-150 | Leids dba Bobby Pages | 6/1/2011 | 9/30/2016 | 882 | 1,764.00 | 24.00 | 88.00 | | | BRT | 9/1/2015 | 1,808.10 | 24.60 |
| 690 -C-100 | Moxie 3, Inc. | 11/1/2014 | 10/31/2024 | 5,896 | 1,040.00 | 2.12 | 1,240.00 | | | BRT | 11/1/2015 | 2,040.00 | 4.15 |
| | | | | | | | | | | BRT | 11/1/2016 | 2,040.00 | 4.15 |
| | | | | | | | | | | BRT | 11/1/2017 | 3,080.00 | 6.27 |
| | | | | | | | | | | BRT | 11/1/2018 | 3,160.00 | 6.43 |
| | | | | | | | | | | BRT | 11/1/2019 | 3,240.00 | 6.59 |
| | | | | | | | | | | BRT | 11/1/2020 | 3,280.00 | 6.68 |
| | | | | | | | | | | BRT | 11/1/2021 | 3,360.00 | 6.84 |
| | | | | | | | | | | BRT | 11/1/2022 | 3,440.00 | 7.00 |
| | | | | | | | | | | BRT | 11/1/2023 | 3,520.00 | 7.16 |
| 690 -D-1010 | Paragon Strategic Partner, LLC | 4/1/2009 | 3/31/2019 | 4,563 | 8,259.03 | 21.72 | 72.00 | | | BRT | 4/1/2016 | 8,467.18 | 22.32 |
| | | | | | | | | | | BRT | 4/1/2017 | 8,715.33 | 22.92 |
| | | | | | | | | | | BRT | 4/1/2018 | 8,943.48 | 23.52 |
| 690 -D-1020 | UBS Paine Webber, Inc. | 1/1/2003 | 11/30/2017 | 7,693 | 14,616.70 | 22.80 | | | | BRT | 1/1/2016 | 15,001.35 | 23.40 |
| | | | | | | | | | | BRT | 1/1/2017 | 15,386.00 | 24.00 |
| 690 -D-1040 | Melvin Ray, CPA | 4/17/2003 | 6/16/2018 | 2,416 | 4,711.20 | 23.40 | 56.00 | | 662.00 | BRT | 6/17/2016 | 4,832.00 | 24.00 |
| | | | | | | | | | | BRT | 6/17/2017 | 4,952.80 | 24.60 |
| 690 -D-1080 | Memil Lynch | 11/1/2002 | 6/30/2016 | 6,770 | 14,217.00 | 25.20 | 94.00 | | | | | | |
| 690 -D-2000 | Bradley, Drendel and Jeanney | 6/1/2011 | 5/31/2018 | 6,073 | 18,946.00 | 23.04 | 376.00 | | | BRT | 6/1/2016 | 19,518.00 | 23.74 |
| | | | | | | | | | | BRT | 6/1/2017 | 20,103.00 | 24.45 |
| | Additional Space 690 -D-2030 | 1/1/2012 | 5/31/2017 | 688 | | | | | | | | | |
| | Additional Space 690 -D-2060 | 5/1/2014 | 5/31/2018 | 3,105 | | | | | | | | | |
| | | | Total | 9,866 | 18,946.00 | | 376.00 | | 0.00 | | | | |

Database: ALLIANCECOMM
Bldg Status: Active only

**Rent Roll**
**Village at Lakeridge**
**7/31/2015**

Page: 2
Date: 8/4/2015
Time: 12:24 PM

| Bldg Id-Suit Id | Occupant Name | Rent Start | Expiration | GLA Sqft | Monthly Base Rent | Annual Rate PSF | Monthly Cost Recovery | Expense Stop | Monthly Other Income | Cat | Future Rent Increases Date | Monthly Amount | PSF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 690  -D-2020 | Pinnacle Capital Mortgage Corp | 7/15/2015 | 7/14/2020 | 6,291 | | | | | | BRT | 10/15/2015 | 12,267.45 | 23.40 |
| | | | | | | | | | | BRT | 7/15/2016 | 12,582.00 | 24.00 |
| | | | | | | | | | | BRT | 7/15/2017 | 12,896.55 | 24.60 |
| | | | | | | | | | | BRT | 7/15/2018 | 13,211.10 | 25.20 |
| | | | | | | | | | | BRT | 7/15/2019 | 13,525.65 | 25.80 |
| 690  -D-2040 | Phillip Stone, Attorney at Law | 12/1/2009 | 11/30/2019 | 1,718 | 3,402.15 | 23.76 | 33.00 | | 150.00 | BRT | 12/1/2015 | 3,494.10 | 24.41 |
| | | | | | | | | | | BRT | 12/1/2016 | 3,586.05 | 25.05 |
| | | | | | | | | | | BRT | 12/1/2017 | 3,678.00 | 25.69 |
| | | | | | | | | | | BRT | 12/1/2018 | 3,769.95 | 26.33 |
| 690  -D-3000 | CB Richard Ellis | 4/15/2011 | 8/14/2016 | 6,976 | 13,360.80 | 22.98 | 230.00 | | | BRT | 8/15/2015 | 13,712.40 | 23.59 |
| 690  -D-3020 | Braeburn Capital | 5/1/2011 | 6/30/2016 | 4,477 | 8,614.60 | 23.09 | 147.00 | | 600.00 | BRT | 9/1/2015 | 8,841.30 | 23.70 |
| 690  -D-3030 | Wells Gaming Research | 4/1/2010 | 2/28/2020 | 1,475 | 2,728.75 | 22.20 | 28.00 | | | BRT | 3/1/2016 | 2,810.61 | 22.87 |
| | | | | | | | | | | BRT | 3/1/2017 | 2,894.93 | 23.55 |
| | | | | | | | | | | BRT | 3/1/2018 | 2,961.78 | 24.26 |
| | | | | | | | | | | BRT | 3/1/2019 | 3,071.23 | 24.99 |
| 690  -D-3040 | Real Estate Services of Nevada | 10/1/2009 | 9/30/2016 | 1,879 | 3,570.10 | 22.80 | 53.00 | | | BRT | 10/1/2015 | 3,664.05 | 23.40 |

**Totals:**

| | | | | GLA Sqft | Monthly Base Rent | | Monthly Cost Recovery | | Monthly Other Income |
|---|---|---|---|---|---|---|---|---|---|
| Occupied Sqft: | 100.00% | 20 Units | | 71,500 | 117,431.63 | | 4,107.00 | | 1,412.00 |
| Leased/Unoccupied Sqft: | | 0 Units | | 0 | | | | | |
| Vacant Sqft: | | 0 Units | | 0 | | | | | |
| Total Sqft: | | 20 Units | | 71,500 | 117,431.63 | | | | |

**Total Village at Lakeridge:**

| | | | | GLA Sqft | Monthly Base Rent | | Monthly Cost Recovery | | Monthly Other Income |
|---|---|---|---|---|---|---|---|---|---|
| Occupied Sqft: | 100.00% | 20 Units | | 71,500 | 117,431.63 | | 4,107.00 | | 1,412.00 |
| Leased/Unoccupied Sqft: | | 0 Units | | 0 | | | | | |
| Vacant Sqft: | | 0 Units | | 0 | | | | | |
| Total Sqft: | | 20 Units | | 71,500 | 117,431.63 | | | | |

**Grand Total:**

| | | | | GLA Sqft | Monthly Base Rent | | Monthly Cost Recovery | | Monthly Other Income |
|---|---|---|---|---|---|---|---|---|---|
| Occupied Sqft: | 100.00% | 20 Units | | 71,500 | 117,431.63 | | 4,107.00 | | 1,412.00 |
| Leased/Unoccupied Sqft: | | 0 Units | | 0 | | | | | |
| Vacant Sqft: | | 0 Units | | 0 | | | | | |
| Total Sqft: | | 20 Units | | 71,500 | 117,431.63 | | | | |

 

```
                                        002 00023 01        PAGE:     1
                                        ACCOUNT:            07/31/2015
                                        DOCUMENTS:    61
```

```
ALLIANCE COMMERCIAL RE MGMT SVCS LLC
TRUST ACCOUNT FOR
DBA VILLAGE AT LAKERIDGE LLC                                  30
50 WEST LIBERTY STREET 4TH FL WEST TOWER                       9
RENO NV  89501-1910                                          52
```

```
================================================================
KIETZKE                               TELEPHONE:775-828-2000
5335 KIETZKE LN
RENO NV  89511

================================================================
                 PRIME CHECKING ACCOUNT      3106
================================================================
```

```
                                    LAST STATEMENT 06/30/15    110,557.97
MINIMUM BALANCE           108,654.18    11 CREDITS            152,814.06
                                        52 DEBITS             135,890.89
                                    THIS STATEMENT 07/31/15    127,481.14
```

```
            - - - - - - - DEPOSITS - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
        07/01   5,280.90        07/07  35,303.33        07/16   3,623.10
        07/01   9,256.00        07/08  19,322.00        07/29  19,322.00
        07/01  14,616.70        07/14   2,550.40        07/30  19,867.03
```

```
            - - - - - - - OTHER CREDITS - - - - - - -
DESCRIPTION                                       DATE        AMOUNT
BRAEBURN CAPITAL 1013345522 20000116830171        07/23     9,361.60
BANK OF AMERICA 2003PPD US 200320008125202        07/23    14,311.00
```

```
                    - - - - - - - CHECKS - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
   4973*07/01      325.00    5015 07/07      37.35    5025 07/07    4,875.00
   4990*07/24      220.47    5016 07/07     143.16    5026 07/09   13,879.24
   5001 07/01    1,200.50    5017 07/07      89.24    5027 07/29   47,000.00
   5002*07/01      688.50    5018 07/07     291.61    5028 07/10       50.13
   5004 07/01      250.45    5019 07/07   7,103.96    5029 07/15       55.59
   5005*07/16      875.00    5020 07/07     186.45    5030 07/22      125.53
   5011 07/01    1,103.22    5021 07/07     346.22    5031 07/20      150.00
   5012 07/01       42.42    5022 07/14     119.42    5032 07/14      150.00
   5013 07/08       76.44    5023 07/10   1,124.01    5033 07/15      340.00
   5014 07/08       71.04    5024 07/01   4,300.00    5034 07/16    1,925.00
                    * * *  C O N T I N U E D  * * *
```

 

```
                                    002 00023 01              PAGE:    2
                                    ACCOUNT:          ▆3106   07/31/2015
                                    DOCUMENTS:           61
```

Divisions of Western Alliance Bank. Member FDIC.

ALLIANCE COMMERCIAL RE MGMT SVCS LLC

```
======================================================================
                    PRIME CHECKING ACCOUNT  ▆3106
======================================================================
            - - - - - - -   CHECKS - - - - - -
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
  5035 07/15      555.00     5043 07/24       60.00      5052 07/30      188.80
  5036 07/15      347.50     5044 07/23      261.39      5053 07/27      540.00
  5037 07/13   14,309.54     5045 07/23    1,226.00      5054 07/28      272.50
  5038 07/27    4,246.17     5046 07/22    1,097.98      5055 07/28       88.71
  5039 07/15    1,146.00     5047 07/27       21.55      5056 07/28       87.82
  5040 07/16    2,009.00     5048*07/31      215.78      5057 07/28    1,273.11
  5041 07/16      729.00     5050 07/29    1,009.83
  5042 07/22   18,424.77     5051 07/30      635.49
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

```
      - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

      *******************************************************************
      *                         |    TOTAL FOR   |     TOTAL           *
      *                         |  THIS PERIOD   |  YEAR TO DATE       *
      *-----------------------------------------------------------------*
      * TOTAL OVERDRAFT FEES:    |      $.00      |      $.00           *
      *-----------------------------------------------------------------*
      * TOTAL RETURNED ITEM FEES:|      $.00      |      $.00           *
      *******************************************************************
```

```
            - - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE     DATE..........BALANCE     DATE..........BALANCE
07/01    131,801.48       07/14    146,124.40       07/24    143,871.87
07/07    154,031.82       07/15    143,680.31       07/27    139,064.15
07/08    173,206.34       07/16    141,765.41       07/28    137,342.01
07/09    159,327.10       07/20    141,615.41       07/29    108,654.18
07/10    158,152.96       07/22    121,967.13       07/30    127,696.92
07/13    143,843.42       07/23    144,152.34       07/31    127,481.14
```

4973 - $325.00 - 7/1/2015

5011 - $1,103.22 - 7/1/2015

4990 - $220.47 - 7/24/2015

5012 - $42.42 - 7/1/2015

5001 - $1,200.50 - 7/1/2015

5013 - $76.44 - 7/8/2015

5002 - $688.50 - 7/1/2015

5014 - $71.04 - 7/8/2015

5004 - $250.45 - 7/1/2015

5015 - $37.35 - 7/7/2015

5005 - $875.00 - 7/16/2015

5016 - $143.16 - 7/7/2015



5017 - $89.24 - 7/7/2015



5018 - $291.61 - 7/7/2015



5019 - $7,103.96 - 7/7/2015



5020 - $186.45 - 7/7/2015



5021 - $346.22 - 7/7/2015



5022 - $119.42 - 7/14/2015



5023 - $1,124.01 - 7/10/2015



5024 - $4,300.00 - 7/1/2015



5025 - $4,875.00 - 7/7/2015



5026 - $13,879.24 - 7/9/2015



5027 - $47,000.00 - 7/29/2015



5028 - $50.13 - 7/10/2015



5029 - $55.59 - 7/15/2015

5035 - $555.00 - 7/15/2015

5030 - $125.53 - 7/22/2015

5036 - $347.50 - 7/15/2015

5031 - $150.00 - 7/20/2015

5037 - $14,309.54 - 7/13/2015

5032 - $150.00 - 7/14/2015

5038 - $4,246.17 - 7/27/2015

5033 - $340.00 - 7/15/2015

5039 - $1,146.00 - 7/15/2015

5034 - $1,925.00 - 7/16/2015

5040 - $2,009.00 - 7/16/2015





DBA VILLAGE AT LAKERIDGE LLC████3106 Page 6



5041 - $729.00 - 7/16/2015

5047 - $21.55 - 7/27/2015

5042 - $18,424.77 - 7/22/2015

5048 - $215.78 - 7/31/2015

5043 - $60.00 - 7/24/2015

5050 - $1,009.83 - 7/29/2015

5044 - $261.39 - 7/23/2015

5051 - $635.49 - 7/30/2015

5045 - $1,226.00 - 7/23/2015

5052 - $188.80 - 7/30/2015

5046 - $1,097.98 - 7/22/2015

5053 - $540.00 - 7/27/2015

5054 - $272.50 - 7/28/2015



5055 - $88.71 - 7/28/2015



5056 - $87.82 - 7/28/2015



5057 - $1,273.11 - 7/28/2015



12:03 PM

08/03/15

# Village @ Lakeridge
# Reconciliation Summary
### 1004100 · FIBN - Operating, Period Ending 07/31/2015

|  | Jul 31, 15 |
|---|---|
| **Beginning Balance** | 110,557.97 |
| **Cleared Transactions** | |
| Checks and Payments - 52 items | -135,890.89 |
| Deposits and Credits - 12 items | 152,814.06 |
| **Total Cleared Transactions** | 16,923.17 |
| **Cleared Balance** | 127,481.14 |
| **Uncleared Transactions** | |
| Checks and Payments - 16 items | -38,683.94 |
| **Total Uncleared Transactions** | -38,683.94 |
| **Register Balance as of 07/31/2015** | 88,797.20 |
| **New Transactions** | |
| Checks and Payments - 1 item | -4,300.00 |
| Deposits and Credits - 2 items | 19,897.60 |
| **Total New Transactions** | 15,597.60 |
| **Ending Balance** | 104,394.80 |

12:03 PM

08/03/15

# Village @ Lakeridge
## Reconciliation Detail
### 1004100 · FIBN - Operating, Period Ending 07/31/2015

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 110,557.97 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 52 items** | | | | | | |
| Bill Pmt -Check | 05/29/2015 | 4973 | Kathie Bartlett | X | -325.00 | -325.00 |
| Bill Pmt -Check | 06/05/2015 | 4990 | Batteries Plus | X | -220.47 | -545.47 |
| Bill Pmt -Check | 06/19/2015 | 5001 | ACREMS Mntnc | X | -1,200.50 | -1,745.97 |
| Bill Pmt -Check | 06/19/2015 | 5011 | The Hartford | X | -1,103.22 | -2,849.19 |
| Bill Pmt -Check | 06/19/2015 | 5005 | Greg a. Bailor | X | -875.00 | -3,724.19 |
| Bill Pmt -Check | 06/19/2015 | 5002 | ACREMS Mntnc- D... | X | -688.50 | -4,412.69 |
| Bill Pmt -Check | 06/19/2015 | 5004 | Electrical Solutions,... | X | -250.45 | -4,663.14 |
| Bill Pmt -Check | 06/30/2015 | 5019 | NV Energy - Bldg D... | X | -7,103.96 | -11,767.10 |
| Bill Pmt -Check | 06/30/2015 | 5023 | Quality Control Syst... | X | -1,124.01 | -12,891.11 |
| Bill Pmt -Check | 06/30/2015 | 5021 | NV Energy - GDPS.... | X | -346.22 | -13,237.33 |
| Bill Pmt -Check | 06/30/2015 | 5018 | NV Energy - Bldg B... | X | -291.61 | -13,528.94 |
| Bill Pmt -Check | 06/30/2015 | 5020 | NV Energy - CAM.6... | X | -186.45 | -13,715.39 |
| Bill Pmt -Check | 06/30/2015 | 5016 | Grainger | X | -143.16 | -13,858.55 |
| Bill Pmt -Check | 06/30/2015 | 5022 | Orkin Pest Control | X | -119.42 | -13,977.97 |
| Bill Pmt -Check | 06/30/2015 | 5017 | NV Energy - Bldg A... | X | -89.24 | -14,067.21 |
| Bill Pmt -Check | 06/30/2015 | 5013 | AT&T 0314 | X | -76.44 | -14,143.65 |
| Bill Pmt -Check | 06/30/2015 | 5014 | AT&T 0486 | X | -71.04 | -14,214.69 |
| Bill Pmt -Check | 06/30/2015 | 5012 | ACREMS - Lowe's | X | -42.42 | -14,257.11 |
| Bill Pmt -Check | 06/30/2015 | 5015 | Bulb Daddy | X | -37.35 | -14,294.46 |
| Bill Pmt -Check | 07/01/2015 | 5025 | U.S. Trustee Paym... | X | -4,875.00 | -19,169.46 |
| Bill Pmt -Check | 07/01/2015 | 5024 | Alliance Commercia... | X | -4,300.00 | -23,469.46 |
| Bill Pmt -Check | 07/08/2015 | 5027 | Berkadia Commerci... | X | -47,000.00 | -70,469.46 |
| Bill Pmt -Check | 07/08/2015 | 5026 | Tim Milton Construc... | X | -13,879.24 | -84,348.70 |
| Bill Pmt -Check | 07/09/2015 | 5037 | Tim Milton Construc... | X | -14,309.54 | -98,658.24 |
| Bill Pmt -Check | 07/09/2015 | 5038 | Truckee Meadows ... | X | -4,246.17 | -102,904.41 |
| Bill Pmt -Check | 07/09/2015 | 5034 | Reno Green Landsc... | X | -1,925.00 | -104,829.41 |
| Bill Pmt -Check | 07/09/2015 | 5039 | Waste Management | X | -1,146.00 | -105,975.41 |
| Bill Pmt -Check | 07/09/2015 | 5035 | Securitas Security ... | X | -555.00 | -106,530.41 |
| Bill Pmt -Check | 07/09/2015 | 5036 | The CFO Group | X | -347.50 | -106,877.91 |
| Bill Pmt -Check | 07/09/2015 | 5033 | Quality Control Syst... | X | -340.00 | -107,217.91 |
| Bill Pmt -Check | 07/09/2015 | 5032 | Knight Sweeping | X | -150.00 | -107,367.91 |
| Bill Pmt -Check | 07/09/2015 | 5031 | Jacqui Cappucci | X | -150.00 | -107,517.91 |
| Bill Pmt -Check | 07/09/2015 | 5030 | Electrical Solutions,... | X | -125.53 | -107,643.44 |
| Bill Pmt -Check | 07/09/2015 | 5029 | Charter Communic... | X | -55.59 | -107,699.03 |
| Bill Pmt -Check | 07/09/2015 | 5028 | Alliance Commercia... | X | -50.13 | -107,749.16 |
| Bill Pmt -Check | 07/16/2015 | 5042 | Colliers International | X | -18,424.77 | -126,173.93 |
| Bill Pmt -Check | 07/16/2015 | 5040 | ACREMS Mntnc | X | -2,009.00 | -128,182.93 |
| Bill Pmt -Check | 07/16/2015 | 5045 | Reno Green Landsc... | X | -1,226.00 | -129,408.93 |
| Bill Pmt -Check | 07/16/2015 | 5046 | The Hartford | X | -1,097.98 | -130,506.91 |
| Bill Pmt -Check | 07/16/2015 | 5041 | ACREMS Mntnc- D... | X | -729.00 | -131,235.91 |
| Bill Pmt -Check | 07/16/2015 | 5044 | Quality Control Syst... | X | -261.39 | -131,497.30 |
| Bill Pmt -Check | 07/16/2015 | 5043 | Electrical Solutions,... | X | -60.00 | -131,557.30 |
| Bill Pmt -Check | 07/23/2015 | 5057 | TMWA-D | X | -1,273.11 | -132,830.41 |
| Bill Pmt -Check | 07/23/2015 | 5050 | Otis Elevator | X | -1,009.83 | -133,840.24 |
| Bill Pmt -Check | 07/23/2015 | 5051 | Quality Control Syst... | X | -635.49 | -134,475.73 |
| Bill Pmt -Check | 07/23/2015 | 5053 | Securitas Security ... | X | -540.00 | -135,015.73 |
| Bill Pmt -Check | 07/23/2015 | 5054 | The CFO Group | X | -272.50 | -135,288.23 |
| Bill Pmt -Check | 07/23/2015 | 5048 | Bulb Daddy | X | -215.78 | -135,504.01 |
| Bill Pmt -Check | 07/23/2015 | 5052 | Reno Green Landsc... | X | -188.80 | -135,692.81 |
| Bill Pmt -Check | 07/23/2015 | 5055 | TMWA-A | X | -88.71 | -135,781.52 |
| Bill Pmt -Check | 07/23/2015 | 5056 | TMWA-B | X | -87.82 | -135,869.34 |
| Bill Pmt -Check | 07/23/2015 | 5047 | ACREMS Mntnc | X | -21.55 | -135,890.89 |
| **Total Checks and Payments** | | | | | -135,890.89 | -135,890.89 |
| **Deposits and Credits - 12 items** | | | | | | |
| Deposit | 07/01/2015 | | | X | 5,280.90 | 5,280.90 |
| Deposit | 07/01/2015 | | | X | 9,256.00 | 14,536.90 |
| Deposit | 07/01/2015 | | | X | 14,616.70 | 29,153.60 |
| Deposit | 07/07/2015 | | | X | 35,303.33 | 64,456.93 |
| Deposit | 07/08/2015 | | | X | 19,322.00 | 83,778.93 |
| Deposit | 07/16/2015 | | | X | 2,550.40 | 86,329.33 |
| Deposit | 07/16/2015 | | | X | 3,623.10 | 89,952.43 |
| Bill Pmt -Check | 07/23/2015 | 5049 | City of Reno, Nevad... | X | 0.00 | 89,952.43 |
| Deposit | 07/23/2015 | | | X | 9,361.60 | 99,314.03 |
| Deposit | 07/23/2015 | | | X | 14,311.00 | 113,625.03 |

**Page 1**

12:03 PM

08/03/15

# Village @ Lakeridge
# Reconciliation Detail
### 1004100 · FIBN - Operating, Period Ending 07/31/2015

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Deposit | 07/29/2015 | | | X | 19,322.00 | 132,947.03 |
| Deposit | 07/30/2015 | | | X | 19,867.03 | 152,814.06 |
| **Total Deposits and Credits** | | | | | 152,814.06 | 152,814.06 |
| **Total Cleared Transactions** | | | | | 16,923.17 | 16,923.17 |
| **Cleared Balance** | | | | | 16,923.17 | 127,481.14 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 16 items** | | | | | | |
| Bill Pmt -Check | 07/23/2015 | 5058 | Tim Milton Construc... | | -19,477.96 | -19,477.96 |
| Bill Pmt -Check | 07/31/2015 | 5068 | NV Energy - Bldg D... | | -7,769.68 | -27,247.64 |
| Bill Pmt -Check | 07/31/2015 | 5072 | Reno Green Landsc... | | -3,870.00 | -31,117.64 |
| Bill Pmt -Check | 07/31/2015 | 5073 | Simple Clean Janito... | | -2,715.00 | -33,832.64 |
| Bill Pmt -Check | 07/31/2015 | 5059 | ACREMS Mntnc | | -1,702.75 | -35,535.39 |
| Bill Pmt -Check | 07/31/2015 | 5071 | Quality Control Syst... | | -1,491.02 | -37,026.41 |
| Bill Pmt -Check | 07/31/2015 | 5070 | NV Energy - GDPS.... | | -408.48 | -37,434.89 |
| Bill Pmt -Check | 07/31/2015 | 5067 | NV Energy - Bldg B... | | -334.20 | -37,769.09 |
| Bill Pmt -Check | 07/31/2015 | 5060 | ACREMS Mntnc- D... | | -324.00 | -38,093.09 |
| Bill Pmt -Check | 07/31/2015 | 5069 | NV Energy - CAM.6... | | -208.46 | -38,301.55 |
| Bill Pmt -Check | 07/31/2015 | 5066 | NV Energy - Bldg A... | | -91.01 | -38,392.56 |
| Bill Pmt -Check | 07/31/2015 | 5061 | AT&T 0314 | | -76.84 | -38,469.40 |
| Bill Pmt -Check | 07/31/2015 | 5063 | Batteries Plus | | -75.33 | -38,544.73 |
| Bill Pmt -Check | 07/31/2015 | 5062 | AT&T 0486 | | -73.61 | -38,618.34 |
| Bill Pmt -Check | 07/31/2015 | 5064 | Inland Supply Co. | | -42.98 | -38,661.32 |
| Bill Pmt -Check | 07/31/2015 | 5065 | J&R Sign Company... | | -22.62 | -38,683.94 |
| **Total Checks and Payments** | | | | | -38,683.94 | -38,683.94 |
| **Total Uncleared Transactions** | | | | | -38,683.94 | -38,683.94 |
| **Register Balance as of 07/31/2015** | | | | | -21,760.77 | 88,797.20 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 08/01/2015 | 5074 | Alliance Commercia... | | -4,300.00 | -4,300.00 |
| **Total Checks and Payments** | | | | | -4,300.00 | -4,300.00 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 08/03/2015 | | | | 5,280.90 | 5,280.90 |
| Deposit | 08/03/2015 | | | | 14,616.70 | 19,897.60 |
| **Total Deposits and Credits** | | | | | 19,897.60 | 19,897.60 |
| **Total New Transactions** | | | | | 15,597.60 | 15,597.60 |
| **Ending Balance** | | | | | **-6,163.17** | **104,394.80** |

  

```
              Alliance Bank      Alliance     BANK OF   002 00023 01        PAGE:    1
WA            OF ARIZONA         Association  NEVADA    ACCOUNT:  ████0134   07/31/2015
              FIRST    TORREY PINES BANK                DOCUMENTS:
              INDEPENDENT                                        0
              Divisions of Western Alliance Bank. Member FDIC.
```

```
                                                              D

        ALLIANCE COMMERCIAL RE MGMT SVCS LLC
        TRUST ACCOUNT FOR
        MBP EQUITY PARTNERS I, LLC                              30
        50 WEST LIBERTY STREET 4TH FL WEST TOWER                 0
        RENO NV  89501-1910                                      0
```

```
========================================================================
KIETZKE                          TELEPHONE:775-828-2000
5335 KIETZKE LN
RENO NV  89511

========================================================================
          BUSINESS MONEY MARKET ACCOUNT ████0134
========================================================================


MINIMUM BALANCE              139,758.28  LAST STATEMENT 06/30/15    132,954.28
                                         3 CREDITS                   13,631.78
                                             DEBITS                       .00
                              THIS STATEMENT 07/31/15               146,586.06

          - - - - - - - -  OTHER CREDITS - - - - - - - -
DESCRIPTION                                         DATE        AMOUNT
STARBUCKS COFFEE 1010126663 1010126663              07/01      6,804.00
INTEREST                                            07/31         23.78
STARBUCKS COFFEE 1010139210 1010139210              07/31      6,804.00

          - - - - - - - - I N T E R E S T - - - - - - - - - -
AVERAGE LEDGER BALANCE:       139,977.76  INTEREST EARNED:           23.78
INTEREST PAID THIS PERIOD:         23.78  DAYS IN PERIOD:               31
INTEREST PAID 2015:               154.85  ANNUAL PERCENTAGE YIELD EARNED:  .20%

        - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -
```

```
***********************************************************************
*                            |   TOTAL FOR    |      TOTAL          *
*                            |  THIS PERIOD   |   YEAR TO DATE       *
*---------------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:      |     $.00       |      $.00            *
*---------------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:  |     $.00       |      $.00            *
***********************************************************************
```

```
            * * *  C O N T I N U E D  * * *
```

    

```
                                           002 00023 01        PAGE:      2
                                           ACCOUNT:    ███0134  07/31/2015
                                           DOCUMENTS:          0
```

Divisions of Western Alliance Bank. Member FDIC.

ALLIANCE COMMERCIAL RE MGMT SVCS LLC

```
==============================================================================
                    BUSINESS MONEY MARKET ACCOUNT  ███0134
==============================================================================
            - - - - - - -  DAILY BALANCE  - - - - - - -
DATE..........BALANCE       DATE..........BALANCE       DATE..........BALANCE
07/01      139,758.28       07/31       146,586.06
```

12:04 PM

08/03/15

# Village @ Lakeridge
# Reconciliation Summary
### 1004200 · FIBN - Money Market, Period Ending 07/31/2015

|  | Jul 31, 15 |
|---|---|
| **Beginning Balance** | 132,954.28 |
| **Cleared Transactions** | |
| Deposits and Credits - 3 items | 13,631.78 |
| **Total Cleared Transactions** | 13,631.78 |
| **Cleared Balance** | **146,586.06** |
| Register Balance as of 07/31/2015 | 146,586.06 |
| **Ending Balance** | 146,586.06 |

12:04 PM

08/03/15

# Village @ Lakeridge
## Reconciliation Detail
### 1004200 · FIBN - Money Market, Period Ending 07/31/2015

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 132,954.28 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 07/01/2015 | | | X | 6,804.00 | 6,804.00 |
| Deposit | 07/31/2015 | | | X | 23.78 | 6,827.78 |
| Deposit | 07/31/2015 | | | X | 6,804.00 | 13,631.78 |
| Total Deposits and Credits | | | | | 13,631.78 | 13,631.78 |
| Total Cleared Transactions | | | | | 13,631.78 | 13,631.78 |
| Cleared Balance | | | | | 13,631.78 | 146,586.06 |
| Register Balance as of 07/31/2015 | | | | | 13,631.78 | 146,586.06 |
| **Ending Balance** | | | | | **13,631.78** | **146,586.06** |

  002 00023 01                    PAGE:    1
Alliance Bank                    ACCOUNT:            1654    07/31/2015
                                 DOCUMENTS:            0

Divisions of Western Alliance Bank. Member FDIC.


ALLIANCE COMMERCIAL RE MGMT SVCS LLC
TRUST ACCOUNT FOR
VILLAGE AT LAKERIDGE LLC
SECURITY DEPOSITS                                        30
50 WEST LIBERTY STREET 4TH FL WEST TOWER                  0
RENO NV  89501-1910                                       0


==================================================================
KIETZKE                                    TELEPHONE:775-828-2000
5335 KIETZKE LN
RENO NV  89511


==================================================================
                PRIME CHECKING ACCOUNT        1654
==================================================================

                                   LAST STATEMENT 06/30/15      24,511.14
MINIMUM BALANCE              24,511.14      CREDITS                   .00
                                           DEBITS                     .00
                                   THIS STATEMENT 07/31/15      24,511.14

        - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

    ****************************************************************
    *                          |     TOTAL FOR   |      TOTAL      *
    *                          |   THIS PERIOD   |  YEAR TO DATE   *
    *----------------------------------------------------------------*
    * TOTAL OVERDRAFT FEES:     |       $.00      |      $.00       *
    *----------------------------------------------------------------*
    * TOTAL RETURNED ITEM FEES: |       $.00      |      $.00       *
    ****************************************************************

12:05 PM

08/03/15

# Village @ Lakeridge
## Reconciliation Summary
### 1004250 · FIBN- Security Deposits, Period Ending 07/31/2015

|  | Jul 31, 15 |
|---|---|
| **Beginning Balance** | 24,511.14 |
| **Cleared Balance** | 24,511.14 |
| **Register Balance as of 07/31/2015** | 24,511.14 |
| **Ending Balance** | 24,511.14 |

12:05 PM

08/03/15

# Village @ Lakeridge
# Reconciliation Detail
## 1004250 · FIBN- Security Deposits, Period Ending 07/31/2015

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 24,511.14 |
| Cleared Balance | | | | | | 24,511.14 |
| Register Balance as of 07/31/2015 | | | | | | 24,511.14 |
| **Ending Balance** | | | | | | 24,511.14 |

Page 1

| Database: | ALLIANCECECOMM | | CM Security Deposits Ledger | | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|
| BLDG: | 690 | | Alliance Commercial | | | | | Date: | 8/4/2015 |
| | | | Village at Lakeridge | | | | | Time: | 01:21 PM |
| | Occupancy Status: Current New | | 07/15 Through 07/15 | | | | | | |
| | Include Leases with Zero Balances and No Activity: No | | | | | | | | |

| Bldg/Lease | Date | Category | SR | Description | Int. Rate | Debit | Credit | Balance | Receipt Desc. | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|
| **690-006851** | | **GDPS and Assoc. dba Prudential** | | | | | | | **Master Occp Id:  GDPS-1** | |
| Balance Forward | | | | | | | | -5,946.00 | | |
| **690-006815** | | **Leids dba Bobby Pages** | | | | | | | **Master Occp Id:  Leids db-1** | |
| Balance Forward | | | | | | | | -1,940.40 | | |
| **690-006021** | | **MaZa Salon & Spa** | | | | | | | **Master Occp Id:  MaZa Sal-1** | |
| Balance Forward | | | | | | | | -5,229.64 | | |
| **690-006026** | | **Melvin Ray, CPA** | | Melvin Ray | | 322-0871 | | -2,959.60 | **Master Occp Id:  Melvin R-1** | |
| Balance Forward | | | | | | | | | | |
| **690-006822** | | **Moxie 3, Inc.** | | Gary Stolo | | 775-544-7644 | | -3,040.00 | **Master Occp Id:  Moxie3-1** | |
| Balance Forward | | | | | | | | | | |
| **690-006430** | | **Phillip Stone, Attorney at Law** | | Annie | | (775) 827-1322 | | -2,577.00 | **Master Occp Id:  PhillipSt-1** | |
| Balance Forward | | | | | | | | | | |

Database: ALLIANCECOMM
BLDG: 690

CM Security Deposits Ledger
Alliance Commercial
Village at Lakeridge
07/15 Through 07/15

Page: 2
Date: 8/4/2015
Time: 01:21 PM

Occupancy Status: Current New
Include Leases with Zero Balances and No Activity: No

| Bldg/Lease | Date | Category | SR | Description | Int. Rate | Debit | Credit | Balance | Receipt Desc. | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|

**690-008414**    Real Estate Services of Nevada    Ricky Beach    (775) 750-1437    Master Occp Id: Real Est-1

Balance Forward    -2,818.50

**Grand Total:**    -24,511.14